IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 04–cr–00514–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

28. DANIELLE WILLS,

    Defendant.

# MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion to Withdraw as Counsel of Record for Defendant Danielle Wills" (#1423) and the "Motion for Court Appointed Counsel for Defendant Danielle Wills" (#1424) filed February 21, 2006, are GRANTED.

Dated: February 22, 2006